**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

HOUSE OF SEA GAYLE MUSIC, W
CHAPPELL MUSIC CORP. d/b/a
WC MUSIC CORP., MAJOR BOB
MUSIC CO., INC., and SCHARLET
MOON MUSIC, INC.,

Plaintiffs,

v. No. 2:26-cv-01943-GJF-JHR

TJW LLC and TIMOTHY WILSON,

Defendants.

**ORDER GRANTING MOTION TO EXTEND TIME**
**FOR SERVICE OF PROCESS ON DEFENDANT TIMOTHY WILSON**

This matter comes before the Court on Plaintiffs' Motion to Extend Time for Service of Process on Defendant Timothy Wilson. [Doc. 6].

The Court finds that Plaintiffs have demonstrated diligent efforts to serve Defendant Timothy Wilson and that Plaintiffs filed their motion for an extension within the time prescribed for service. *See* Fed. R. Civ. P. 4(m). Therefore, the Court finds good cause to extend the time for service by 90 days from the date of this Order. *See Salazar v. City of Albuquerque*, 278 F.R.D. 623, 627 (D.N.M. 2011) ("[T]he plaintiff is entitled to a mandatory extension of time if the plaintiff can demonstrate good cause for failing to timely effect service.").

Accordingly, Plaintiffs' Motion, [Doc. 6], is GRANTED. Plaintiffs shall have until December 21, 2026, to effect service on Defendant Timothy Wilson and file proof of service with the Court.

HON. JERRY H. RITTER
United States Magistrate Judge